

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00188-CR

**DENVER MOORE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 08-02058-CRF-361**

## MEMORANDUM  OPINION

Denver Moore attempts to appeal from his conviction for the offense of reckless injury to a child.  The sentence was imposed on September 3, 2009, and Moore filed his notice of appeal on June 11, 2013.  Moore's notice of appeal is untimely.  *See* TEX. R. APP. P. 26.2(a)(1).

Accordingly, the appeal is dismissed. [1]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered.  *See* TEX. R. APP. P. 49.1.  A petition for discretionary review must be filed in the Court of

AL SCOGGINS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 27, 2013
Do not publish
[CR25]

Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. *See* TEX. R. APP. P. 68.2 (a).